IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NATIONAL LABOR RELATIONS BOARD,**

       **Petitioner,**

  vs.                               Civil Action 2:11-CV-112
                                     Judge Marbley
                                     Magistrate Judge King

**GREIF BROTHERS, INC.,**

       **Respondent.**

<u>ORDER</u>

On May 26, 2011, the United States Magistrate Judge recommended that petitioner's application for enforcement of its subpoena duces tecum be granted. *Report and Recommendation*, Doc. No. 14. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation* is **ADOPTED and AFFIRMED**.

Petitioner's application is **GRANTED** on the terms specified in the *Report and Recommendation*.

This case will be terminated on the docket of this Court unless, within fourteen (14) days of the date of this *Order*, a party demonstrates cause why the case should remain pending.

                                               *s/Algenon L. Marbley*
                                                Algenon L. Marbley
                                          United States District Judge