```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

**NATIONAL LABOR RELATIONS BOARD,**

       Petitioner,

  vs.                              Civil Action 2:11-CV-112
                                       Judge Marbley
                                       Magistrate Judge King

**GREIF BROTHERS, INC.,**

       Respondent.

## ORDER

This Court previously adopted the Magistrate Judge's *Report and Recommendation* and granted the petitioner's application on the terms specified in the *Report and Recommendation*. *Order*, Doc. No. 15. The Court also indicated that the matter would be terminated unless, within 14 days, "a party demonstrates cause why the case should remain pending." *Id*. There has been no action taken by either party since that *Order*.

This action is hereby **DISMISSED.**

                                                *s/Algenon L. Marbley*
                                                Algenon L. Marbley
                                            United States District Judge