IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NATIONAL LABOR RELATIONS BOARD,**

    Petitioner,

  vs.                                  Civil Action 2:11-CV-112
                                        Judge Marbley
                                        Magistrate Judge King

**GREIF BROTHERS, INC.,**

    Respondent.

<u>**ORDER**</u>

    This Court previously adopted the Magistrate Judge's *Report and Recommendation* and granted the petitioner's application on the terms specified in the *Report and Recommendation*. *Order*, Doc. No. 15. The Court also indicated that the matter would be terminated unless, within 14 days, "a party demonstrates cause why the case should remain pending." *Id*. There has been no action taken by either party since that *Order*.

    This action is hereby **DISMISSED**.


                                                            *s/Algenon L. Marbley*
                                                       Algenon L. Marbley
                                               United States District Judge