**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN CIVIL CASE

NATIONAL LABOR RELATIONS BOARD,

                    Petitioner,

      vs.                        Civil Action 2:11-CV-112
                                        Judge Marbley
                                        Magistrate Judge King

GREIF BROTHERS, INC.,

                    Respondent.

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

      **IT IS ORDERED AND ADJUDGED** That pursuant to the September 6, 2011 Order, this action is hereby DISMISSED, due to lack of cause from the parties why the case should remain pending.

Date:  **September 6, 2011**            **James Bonini, Clerk**

                                 s/Betty L. Clark
                               Betty L. Clark/Deputy Clerk